856 A.2d 26

IN THE MATTER OF MICHAEL L. BLOCK, AN ATTORNEY
AT LAW (ATTORNEY NO. 035591990).

September 9, 2004.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 04–043, concluding that **MICHAEL L. BLOCK** of **BURLINGTON**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4 (failure to communicate with client), and good cause appearing;

It is ORDERED that **MICHAEL L. BLOCK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.